UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                Plaintiff,

-v-

CUSHMAN & WAKEFIELD, INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred for general pretrial supervision and reports and recommendations on dispositive motions. (ECF No. 28). Defendants' pending motions to dismiss (ECF Nos. 38; 41) are **DENIED as moot** in light of Plaintiff's First Amended Complaint (ECF No. 44). On or before **December 2, 2024**, Defendants shall respond to the First Amended Complaint.

The Clerk of Court is respectfully directed to close ECF Nos. 38 and 41.

Dated:     New York, New York
            November 19, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**