UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                Plaintiff,

-v-

                CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

CUSHMAN & WAKEFIELD, INC., et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

For good cause, the initial conference in accordance with Fed. R. Civ. P. 16 set for Thursday, January 9, 2025 at 10:00 a.m. (ECF No. 59) is **ADJOURNED** to **Friday, January 10, 2025 at 10:00 a.m.** on the Court's Microsoft Teams Platform. The parties are directed to call: (646) 453-4442; phone conference ID: 522 137 281#, at the scheduled time.

Dated:    New York, New York
            January 2, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**