UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                Plaintiff,

-v-

          CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

CUSHMAN & WAKEFIELD, INC., et al.,

          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the the initial conference held today, Friday, January 10, 2025, (the "Conference") a telephone status conference is scheduled for **Thursday, April 3, 2025 at 12:00 p.m.** on the Court's Microsoft Teams Platform. The parties are directed to call: (646) 453-4442; phone conference ID: 836 171 4#, at the scheduled time.

Plaintiff did not appear at the Conference despite receiving the Order scheduling it (ECF No. 59), the Order adjourning it (ECF No. 61), and Chambers' telephone call to Plaintiff's law firm during the Conference. Plaintiff and counsel are reminded to take proactive action when it is unclear to them how to attend a conference with the Court.

Dated:      New York, New York
              January 10, 2025

                                            SO ORDERED.

                                            */s/ Sarah L. Cave*
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**