UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                        Plaintiff,

-v-

                        CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

CUSHMAN & WAKEFIELD, INC., et al.,

                        **ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff moves to compel Defendant Pinnacle Property Management Services, LLC ("PPMS") to produce a hit report of electronically stored information ("ESI"). (ECF No. 81 (the "Motion"). PPMS opposes the Motion because it objects to Plaintiff's request for a search of four custodians' emails dating back to January 1, 2018, instead of to January 27, 2022—when Plaintiff started working for PPMS. (ECF No. 83).

After careful review of the parties' submissions, the Motion is **GRANTED**. (See ECF Nos. 81; 83; 84). On or before **March 14, 2025**, PPMS shall produce to Plaintiff a hit report for her February 5 proposed ESI protocol in its entirety. (See ECF No. 81-1).

The hit report is merely a first step in this discovery process and will not itself impose an undue burden on PPMS. Whether PPMS must produce all appropriate documents identified in the hit report is a question for another day. The parties shall continue to meet and confer in good faith to resolve discovery disputes. Plaintiff is advised to adhere to her own representation that "[i]f a hit report yields voluminous results" the parties will "assess which terms should be modified or eliminated altogether to address any undue burden." (ECF No. 84 at 2).

2

The Clerk of Court is respectfully directed to close ECF No. 81.

Dated:     New York, New York
           February 27, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge