UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                Plaintiff,

-v-

                CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

CUSHMAN & WAKEFIELD, INC., et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request to adjourn the April 3, 2025 telephone status conference is **GRANTED**. (ECF No. 92). The parties did not propose alternative dates for the conference, but Defendants noted that their "previous request to adjourn to a date after the deadline for certain Defendants to file their responsive pleadings was granted." (Id. at 2). The Cushman & Wakefield Defendants have not filed answers to the Amended Complaint. (See ECF No. 46). Although the Court has not yet acted on the undersigned's Report and Recommendation denying Defendants' motion to dismiss, no timely objections were filed. (See ECF Nos. 72; 86). Accordingly, the parties are reminded that just over two months remain to complete fact discovery in this case. (ECF No. 65 at 4 ("All fact discovery must be completed by June 16, 2025.")).

The April 3, 2025 telephone status conference is **ADJOURNED** to **Friday, April 11, 2025 at 12:30 p.m.** on the Court's Microsoft Teams Platform. The parties are directed to call: (646) 453-4442; phone conference ID: 836 171 4#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 92.

Dated: New York, New York
April 2, 2025

SO ORDERED.

*Sarah Cave*

SARAH L. CAVE
United States Magistrate Judge