UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                Plaintiff,

-v-

CUSHMAN & WAKEFIELD, INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

**AMENDED ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' unopposed request to amend the April 11, 2025 Order is **GRANTED**. (ECF No. 96). The April 11, 2025 Order is amended as follows:

Pursuant to the telephone conference held on April 11, 2025, it is ORDERED as follows:

1. On or before **April 11, 2025**, Defendant Pinnacle Property Management Services, LLC shall deliver to Plaintiff their objections to Plaintiff's revised electronically stored information protocol.

2. On or before **April 18, 2025**, Defendant Pinnacle Property Management Services, LLC shall deliver to Plaintiff their written responses and objections to Plaintiff's requests for production of documents and interrogatories.

3. The parties shall meet and confer regarding an amended case management plan. On or before **May 12, 2025**, the parties may file a proposed amended case management plan.

4. On or before **May 12, 2025**, the parties, by group—Plaintiff, the Cushman & Wakefield Defendants, and the Cappelli Defendants—may file letters of not more than 1,050 words, setting forth any discovery disputes ripe for the Court's attention.

5. A telephone conference is scheduled for **Friday, May 16, 2025 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:   New York, New York
         April 16, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2