UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

          Plaintiff,

-v-

CUSHMAN & WAKEFIELD, INC., et al.,

          Defendants.

CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the telephone conference held today, May 16, 2025, a telephone status conference is scheduled for **Monday June 23, 2025 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. On or before **June 18, 2025**, the parties shall file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention.

Dated:    New York, New York
           May 16, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**