

June 17, 2025

*Via ECF*
Hon. Judge Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

      RE:    *Steinberg v. Cushman & Wakefield PLC, et al.*
              Case No. 24-CV-6470 (DEH) (SLC)

Dear Judge Cave,

      This firm represents Plaintiff Ahouva Steinberg in the above-referenced matter. Pursuant to Your Honor's Individual Practices in Civil Cases, Rule 1(D), Plaintiff writes to respectfully request an extension of the Court's June 18, 2025, deadline to file a joint letter on the status of the Parties' discovery and an adjournment of the June 23, 2025, Status Conference. This is Plaintiff's first such request, and all Defendants consent to it.

      Counsel for Plaintiff and Defendant PPMS diligently continue to resolve discovery disputes and Plaintiff makes the foregoing requests for additional time to resolve outstanding discovery disputes with PPMS before bringing such disputes to the Court's attention. Additionally, Defendants Cappelli and RFMCH, as well as Defendants C&W and PPMS, have agreed to produce a full document production on June 30, 2025. Plaintiff requests additional time to review the respective document productions of the Defendants before the upcoming conference in order to make the most efficient use of the Court's time. Thus, we respectfully request an extension of the Joint Status Letter and the Status Conference to a date on or after July 14, 2025.

      Thank you for your attention to this matter.

Respectfully submitted,

Olivia Davis

---

Plaintiff's requests at ECF No. 106 are **GRANTED.** The June 23, 2025 conference (ECF No. 102) is **ADJOURNED** to **Friday, July 18, 2025, at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The deadline to file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention is **EXTENDED** up to and including **July 15, 2025**.

The Clerk of Court is respectfully directed to close ECF No. 106.

SO ORDERED.   June 18, 2025

*SARAH L. CAVE*
*United States Magistrate Judge*