UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                    Plaintiff,

-v-

                    CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

CUSHMAN & WAKEFIELD, INC., et al.,

                    **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the Court's Order at ECF No. 107, the parties were required to file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention by July 15, 2025. (ECF No. 107). The parties have not filed such joint letter. Accordingly, it appearing that there are no ripe issues for the Court's consideration, the telephone status conference currently scheduled for July 18, 2025 at 2:15 p.m. ET on the Court's conference line (ECF No. 107) is **CANCELLED**.

Dated:       New York, New York
              July 17, 2025

                                          SO ORDERED.

                                          */s/ Sarah L. Cave*
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**