UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                        Plaintiff,

-v-

                        CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

CUSHMAN & WAKEFIELD, INC., et al.,

                        **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this action attempted to file a Stipulation of Voluntary Dismissal on October 15, 2025. (Dkt. No. 122 (the "SoD")). The Clerk of Court, however, noted certain deficiencies in the SoD and directed the parties to re-file it. (See Dkt. No. 122; Dkt. Entry on October 16, 2025). To date, the parties have not re-filed the SoD. On or before **November 4, 2025**, the parties shall re-file the SoD pursuant to the Clerk of Court's instructions. (See Dkt. Entry on October 16, 2025).

Dated:     New York, New York
            October 28, 2025

                                               SO ORDERED.

                                               **SARAH L. CAVE**
                                               **United States Magistrate Judge**