UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                Plaintiff,

-v-

CUSHMAN & WAKEFIELD, INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this action attempted to file a Stipulation of Voluntary Dismissal on October 15, 2025. (Dkt. No. 122 (the "SoD")). The Clerk of Court, however, noted certain deficiencies in the SoD and directed the parties to re-file it. (See Dkt. No. 122; Dkt. Entry on October 16, 2025). Pursuant to the Court's Order at Dkt. No. 123, the parties re-filed the SoD on November 3, 2025. (Dkt. No. 123–24). The Clerk of Court, however, noted that the SoD is still deficient. (Dkt. Entry on November 4, 2025). On or before **November 10, 2025**, the parties shall re-file the SoD pursuant to the Clerk of Court's instructions. (See Dkt. Entry on November 4, 2025).

Dated:      New York, New York
              November 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**