UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHOUVA STEINBERG,

                Plaintiff,

-v-                                CIVIL ACTION NO. 24 Civ. 6470 (DEH) (SLC)

CUSHMAN & WAKEFIELD, INC., et al.,     **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this action have attempted three times to file a Stipulation of Voluntary Dismissal ("SoD"). (Dkt. Nos. 122; 124; 126). The Clerk of Court, however, has noted certain deficiencies in each SoD and, each time, has directed the parties to re-file it. (See Dkt. Entries on October 16, 2025, November 4, 2025, and November 5, 2025). On or before **November 12, 2025**, the parties shall re-file the SoD pursuant to the Clerk of Court's latest instructions provided on November 5, 2025. (See Dkt. Entry on November 5, 2025).

Dated:      New York, New York
             November 6, 2025

                                                    SO ORDERED.

                                                     _____
                                                     **SARAH L. CAVE**
                                                     **United States Magistrate Judge**